## CARLTON v. SEABOARD AIR-LINE RAILWAY.

BECK, J. It appearing from the petition in this case and the bill of exceptions to the refusal of an interlocutory injunction that a judgment refusing injunctive relief alone is complained of, and it further appearing that no supersedeas was granted upon the refusal of injunction in the court below, and that the acts against which an injunction was sought have been performed and completed, which facts have been made duly to appear to this court and are not controverted by the plaintiff in error, the writ of error will be dismissed. *Moody* v. *Georgia Ry. & Power Co.*, 139 *Ga.* 102 (76 S. E. 857), and cases there cited.

                    *Writ of error dismissed. All the Justices concur.*
                    APRIL 17, 1913.

Petition for injunction; from Polk. Motion to dismiss.

*Mundy & Mundy,* for plaintiff.
*W. G. Loving* and *E. S. Ault,* for defendant.

---

## SHARP v. BURSON.

ATKINSON, J. 1. Considered in the light of the evidence and entire charge, there was no merit in any of the grounds of the amended motion for new trial, which complained: (*a*) that the verdict was contrary to certain portions of the charge; (*b*) that after charging as specifically requested, the judge erroneously qualified the charge; (*c*) that, though not requested in writing, the judge omitted to charge in certain respects.
2. Under application of the principles announced in the decision of this case.when it was before this court on a former occasion (*Burson* v. *Stone & Co.*, 135 *Ga.* 115, 68 S. E. 1038), the evidence was sufficient to support the verdict.   *Judgment affirmed. All the Justices concur.*
                    APRIL 17, 1913.

Complaint. Before Judge Freeman. Carroll superior court. May 16, 1912.

*W. F. Brown,* for plaintiff in error.
*S. Holderness* and *W. C. Wright,* contra.